```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                           CASE NO. 07 B 15374
   GARY M ANISH
   CATHERINE ANISH                               CHAPTER 13

                                                 JUDGE: JACK B SCHMETTERER

             Debtor
   SSN XXX-XX-3866    SSN XXX-XX-1126

---------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
      The case was filed on 08/24/2007 and was not confirmed.

      The case was dismissed without confirmation 10/17/2007.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
---------------------------------------------------------------------------
WASHINGTON MUTUAL          CURRENT MORTG        .00           .00          .00
AMERICREDIT FINANCIAL SE   SECURED NOT I     2257.71          .00          .00
WASHINGTON MUTUAL          UNSECURED       NOT FILED          .00          .00
AMERICREDIT                UNSECURED       NOT FILED          .00          .00
WASHINGTON MUTUAL          SECURED NOT I        .00           .00          .00
PRO SE DEBTOR              DEBTOR ATTY         .00                         .00
TOM VAUGHN                 TRUSTEE                                         .00
DEBTOR REFUND              REFUND                                          .00

      Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                   .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                   .00
                       -----------         -----------
TOTALS                    .00                   .00

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
      Dated: 01/25/08             _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```